UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JESSICA RIVERA, f/k/a JESSICA RUDD,
individually,

    Plaintiff,

v.

ASSIGNED CREDIT SOLUTIONS, INC.,
a foreign corporation,                            **JURY DEMAND**

    Defendant.
_____/

## COMPLAINT

1. Plaintiff JESSICA RIVERA, formerly known as JESSICA RUDD, alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "FDCPA") against Defendant ASSIGNED CREDIT SOLUTIONS, INC.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the communications forming the basis of this action were sent by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

5. Plaintiff JESSICA RIVERA, formerly known as JESSICA RUDD, is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant ASSIGNED CREDIT SOLUTIONS, INC. ("Assigned Credit Solutions") is a debt collector that operates from offices located at 10000 Lincoln Drive West, Suite 8, Marlton, NJ 08053; Plaintiff further alleges that Assigned Credit Solutions is a citizen of the State of New Jersey.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously resided in an apartment complex known as Huntington at Sundance Apartments in Mulberry, Florida. This was the Plaintiff's personal residence.

11. Plaintiff leased said premises from the owner, PRG REAL ESTATE MANAGEMENT, INC.

12. Plaintiff vacated the residence in or around April 2011, after the expiration of her lease.

13. After she moved out, PRG REAL ESTATE MANAGEMENT, INC. alleged that the Plaintiff still owed one additional month's rent.

14. Plaintiff disputed this balance and refused to pay.

15. PRG REAL ESTATE MANAGEMENT, INC. subsequently engaged Defendant Assigned Credit Solutions to attempt to collect this debt.

16. On November 15, 2013, an employee of Defendant Assigned Credit Solutions, Douglas Potter, sent the Plaintiff an email transcribed as follows:

> Jessica,
>
> We have been trying to contact you in regards to your account but the phone number we have is disconnected. The person you were working with has marked this as a "refusal to pay" since you have not contacted us since August. If you want, i can try to get the account back but i cannot guarantee it. please let me know what you would like to do.
>
> --
> Douglas Potter
> Assigned Credit Solutions, Inc.
> 10000 Lincoln Drive West, Suite 8
> Marlton, NJ 08053
> Phone: 1.866.772.4131 x 1005
> Fax: 1.856.667.0444

17. A true and correct copy of this email is attached hereto as Exhibit A.

18. This email failed to disclose that the Defendant was a debt collector as required by 15 U.S.C. § 1692e(11) of the FDCPA.

**COUNT I**
**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

19. Plaintiff incorporates paragraphs 1 through 18 herein.

20. Defendant violated the FDCPA by failing to disclose that the Defendant was a debt collector as required by 15 U.S.C. § 1692e(11). See Foti v. NCO Financial Systems, Inc., 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

WHEREFORE, Plaintiff JESSICA RIVERA requests that the Court enter judgment in favor of Plaintiff and against Defendant ASSIGNED CREDIT SOLUTIONS, INC. for:

    a. actual damages;

    b. statutory damages of $1,000.00;

    c. attorney's fees, litigation expenses, and costs of the instant suit, and;

    d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 10th day of December, 2013.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069