AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JESSICA RIVERA, f/k/a JESSICA RUDD, individually,<br><br>*Plaintiff(s)*<br>v.<br>ASSIGNED CREDIT SOLUTIONS, INC., a foreign corporation,<br><br>*Defendant(s)* | Civil Action No. **13-CV-62677-Rosenbaum/Hunt** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ASSIGNED CREDIT SOLUTIONS, INC.
c/o Registered Agent
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bret L. Lusskin, Esq.
20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
T 954.454.5841
F 954.454.5844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **December 10, 2013**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts